In the Matter of RICKY HART, Appellant, v ANTHONY ANNUCCI, Acting Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [3 NYS3d 708]—Appeal from a judgment of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered October 29, 2013 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs as moot (*see Matter of Velez v Evans*, 101 AD3d 1642 [2012]). Present—Smith, J.P., Valentino, Whalen and DeJoseph, JJ.